Michael W. Thrall (#031172)
Nathan A. Finch (#031279)
**Catalyst Legal Group, PLLC**
1820 East Ray Rd.
Chandler, AZ 85225
Email: Michael@Catalyst.Lawyer
Phone: 602.456.2233
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| FABIAN C. SMITH, | Case No.: 2:17-bk-2223-MCW |
| Debtors. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtors and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtors in contemplation of or in connection with the bankruptcy case is as follows:

    a. For legal services, I have agreed to accept: $1965.

    b. Prior to the filing of this statement I have received: $165.

    c. Balance due: $1800.

2. $335.00 of the filing fee has been paid.

3. The source of the compensation paid to me was: Debtor.

4. The source of compensation to be paid to me is: Debtor.

5. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

6. In return for the portion of the above-disclosed fee which has already been received (1.b.), I have agreed to:
   a. Analyze the debtors' financial situation and render advice to the debtors in determining whether to file a petition in bankruptcy;
   b. Provide pre-petition exemption planning;
   c. Render advice regarding the effect of reaffirmation agreements;
   d. File the Voluntary Petition, creditor matrix, Verified Statement of Social Security Number, and Exhibit D (Debtors' Statement of Compliance with Credit Counseling Requirement); and
   e. Provide post-petition representation until such time as the court may issue an order allowing withdrawal.
7. Debtors have executed a post-petition representation agreement for post-petition work.
8. Debtors were advised that there was no duty to continue representation after the filing of the documents listed in 6.d., and were given a 7-day cooling-off period to decide whether to proceed *pro se*, hire alternative counsel, or continue with me.
9. Debtors have elected to proceed with my representation.
10. In return for the portion of the above-disclosed fee which is expected to be paid post-petition (1.c,), I have agreed to:
    a. File all required schedules and statements;
    b. Appear with the debtors at the meeting of creditors; and
    c. Advise the debtors of the effect of any adversary proceeding or relief from stay actions filed in the case.

1  I certify that the foregoing is a complete statement of any agreement or
2  arrangement for payment to me for representation of the debtors in this bankruptcy
3  proceeding.

5  DATED: 03/17/2017                    CATALYST LEGAL GROUP

7                                        By: */s/ Nathan A. Finch*
                                         Nathan A. Finch
8                                        1820 East Ray Rd.
                                         Chandler, AZ 85225
9                                        *Attorney for Debtor*